■■■■■ UNITED STATES *versus* ROBERT SMART. ■■■■■

JOURNAL ENTRIES: (1) Oct. 16, 1819: recognizance, rule to plead; (2) Sept. 27, 1821: witness appeared; (3) Oct. 3, 1821: jury trial, verdict for defendant; (4) Oct. 13, 1821: reasonable ground for instituting suit found.

PAPERS IN FILE (1819–21): (1) Letters—inspector to collector, collector to United States attorney; (2) precipe for process; (3) copy of precipe; (4) capias and return; (5) declaration; (6) plea of nil debet; (7–9) subpoenas; (10) verdict; (11) affidavit of W. W. Petit.

*File No. . . . . Larned Docket*, MS p. 9.